**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KELLI DENISE GOODE, Individually, and also as the Personal Representative of Troy Charlton Goode, Deceased, and as Mother, Natural Guardian, and Next Friend of R.G., a Minor, and also on behalf of all similarly situated persons** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:17CV60-DMB-RP**

**THE CITY OF SOUTHAVEN, et al.** **DEFENDANTS**

## NOTICE OF APPEAL

Pursuant to the Federal Rules of Appellate Procedure, statutory authority, and governing case law, notice is hereby given that Defendants City of Southaven, Police Officers Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, in their individual capacities, and Fire/EMT's Stacie J. Graham, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence, and Richard A. Weatherford, in their individual capacities ("Southaven Defendants"), appeal to the United States Court of Appeals for the Fifth Circuit from the May 1, 2019 "Memorandum Opinion and Order" as well as any other appealable orders, decisions, or rulings affecting the rights of Southaven Defendants. The May 1, 2019 "Memorandum Opinion and Order" resulted in a denial of Police Officer Defendants' entitlement to qualified immunity, and such denials are "immediately appealable under the collateral order doctrine[.]" *See, e.g., Lytle* v. *Bexar Cnty.*, 560 F.3d 404, 408 (5th Cir. 2009) (citation and internal quotation marks omitted). The Fifth Circuit may also exercise pendent appellate jurisdiction over claims that are "closely related" to issues properly before it, including claims against all Southaven Defendants. *See, e.g., Morin v. Caire*, 77 F.3d 116, 119-120 (5th Cir. 1996).

Respectfully submitted, this the 23rd day of May, 2019.

**City of Southaven, Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, Stacie J. Graham, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence, Richard A. Weatherford, Southaven Defendants**

By: ***/s/ Berkley N. Huskison***
BERKLEY N. HUSKISON, (#9582)
L. BRADLEY DILLARD (#10114)
KATHERINE S. KERBY (#3584)

**OF COUNSEL**:

Mitchell, McNutt & Sams, P.A.
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316 (telephone)
(662) 328-8035 (facsimile)
bhuskison@mitchellmcnutt.com (email)

Mitchell, McNutt & Sams, P.A.
Post Office Box 7120
Tupelo, Mississippi 38802-7120
(662) 842-3871 (telephone)
(662) 842-8450 (facsimile)
bdillard@mitchellmcnutt.com (email)

KERBY LAW FIRM, L.L.C.
P.O. BOX 551
COLUMBUS, MS 39704
ksearcyk@bellsouth.net
T:662-889-3733
Fax: 662-3328-9553

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which then served a copy to Counsel for all parties via ECF.

This the 23rd day of May, 2019.

***/s/ Berkley N. Huskison***

1132157